IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RUSSELL HILLARD, | ) |
| | ) |
| Plaintiff, | ) Case No. 1-05-1172-T/An |
| | ) JURY DEMANDED |
| v. | ) |
| | ) |
| JOHNSON CONTROLS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER SPECIALLY ADMITTING KEVIN E. HYDE, ESQ. AND LATASHA A. GARRISON-FULLWOOD, ESQ.

The motion of Johnson Controls, Inc. for the special admission of Kevin E. Hyde, Esq. and Latasha A. Garrison-Fullwood, Esq. of the Florida Bar is granted and they are admitted to practice before this Court for the purpose of acting as counsel for Johnson Controls, Inc. in this case.

_____
JUDGE

DATE: 25 October 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/26/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01172 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Kevin E. Hyde
One Independent Drive, STE 1300
P.O. Box 240
Jacksonville, FL 32202--507

Honorable James Todd
US DISTRICT COURT